IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SANITA JACOBS,

   Plaintiff,

    v.

SHIVAN PHILLIPS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-4107-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending allowing the case to go forward after a frivolity review. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 14 day of April, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Jacobs\r&r.wpd